**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Jorge B. Costa

    v.                                              Civil No. 17-cv-151-JL

Capt. Brian Brackett, Acting
Superintendent of the Strafford
County Department of Corrections,
and the Department of Homeland
Security Immigration and
Customs Enforcement Agency

**REPORT AND RECOMMENDATION**

    Petitioner Jorge B. Costa, a native of Angola and a citizen of Cape Verde, filed a petition (Doc. No. 1) in this matter, pursuant to 28 U.S.C. § 2241. In his petition, Costa alleged that he had been detained by Immigration and Customs Enforcement ("ICE") agents at the Strafford County Department of Corrections for more than seven months, without any indication that he would be removed from the country. Costa claimed that his continued detention violated his right not to be indefinitely detained.

    The federal respondent has filed a "Notice to the Court Regarding Jurisdiction" (Doc. No. 4), asserting that the petitioner has been removed from the United States. For the reasons stated in that Notice, Costa's § 2241 petition is moot, and the district judge should dismiss Costa's petition.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

September 13, 2017

cc: Jorge B. Costa, pro se
    Terry L. Ollila, Esq.